**Order entered November 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00600-CR

**ROBERT FRANKLIN THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-61531-W**

## ORDER

The Court **GRANTS** appellant's November 7, 2014 request for an extension of time to file his pro se response to the *Anders* brief only to the extent that we **ORDER** appellant to file the pro se response by **JANUARY 20, 2015**. No further extensions will be granted. If the pro se response is not filed by the date specified, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Robert Thomas, TDCJ No. 01923831, Bradshaw State Jail, Post Office Box 9000, Henderson, Texas 75653.

/s/  LANA MYERS
    JUSTICE